**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**at Huntington**

**HARMON ADKINS**

      **Plaintiff,**

**v.**

                                           **Civil Action No.:  3:14-cv-12679**
                                           **Judge:  Hon. Cheryl A. Eifert**

**CMH OF KY, INC.,**
**misnamed as**
**CLAYTON HOMES**
**OF KENTUCKY INC.,**
**and JERRY TACKETT**

      **Defendants.**

**CORPORATE DISCLOSURE**
**STATEMENT OF CMH OF KY, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CMH of KY, Inc.  (misnamed

as Clayton Homes of Kentucky Inc.) makes the following corporate disclosure:

(a)  Identify all parent corporations: CMH of KY, Inc. is an indirect subsidiary of Berkshire

Hathaway, Inc.

(b)  List any publicly-held company that owns 10% or more of the part's stock: Berkshire

Hathaway, Inc.

                                        **CMH of KY, INC.,**
                                        **BY COUNSEL**

s/Jason J. Stemple
Jason J. Stemple (W.Va. Bar No. 8883)
Duffield, Lovejoy, Stemple & Boggs PLLC
Post Office Box 608
Huntington, W.Va. 25701
(304) 522 3038
jstemple@duffieldlovejoy.com
(Counsel for Defendant CMH of KY, Inc.)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**at Huntington**

**HARMON ADKINS**
        **Plaintiff,**

**v.**

**CMH OF KY, INC.,**
**misnamed as**
**CLAYTON HOMES**
**OF KENTUCKY INC.,**
**and JERRY TACKETT**

        **Defendants.**

Civil Action No.:   **3:14-cv-12679**
**Judge:  Hon. Cheryl A. Eifert**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of March, 2014, the undersigned counsel served the

foregoing "**CORPORATE DISCLOSURE STATEMENT OF CMH OF KY, INC.**" upon

counsel of record by filing document with the Clerk of the Court for the United States District

Court for the Southern District of West Virginia, Huntington Division, using the CM/ECF

System, which will send notification of such filing to counsel of record as follows:

Donald R. Jarrell, Esq.
218 North Court Street
P.O. Box 190
Wayne, WV 25570
(304) 272-6391
(Counsel for Plaintiff)

s/Jason J. Stemple
Jason J. Stemple (W.Va. Bar No. 8883)
Duffield, Lovejoy, Stemple & Boggs PLLC
Post Office Box 608
Huntington, W.Va. 25701
(304) 522 3038
jstemple@duffieldlovejoy.com
(Counsel for Defendant CMH of KY, Inc.)