IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HARMON ADKINS,

        Plaintiff,

v.                                          CIVIL ACTION NO.   3:14-12679

JERRY TACKETT and
CLAYTON MOBILE HOMES
OF KENTUCKY, INC.,

        Defendants.

**ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

| | |
|---|---|
| 04/28/14 | Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| 05/05/14 | Last day for Rule 26(f) meeting. |
| 05/12/14 | Last day to file report of Rule 26(f) meeting ─ See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1. |
| 05/27/14 | Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed.   Be prepared to discuss the following: |

    (a)    the discovery to be completed and the amount of time necessary for its completion;
    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)    the possibility of entering into stipulations regarding issues for trial;
    (d)    the possibility of obtaining admissions regarding facts and documents; and
    (e)    other matters that will assist the parties in reaching a final resolution of this matter.

06/06/14        Entry of scheduling order.

06/10/14        Last day to make FR Civ P 26(a)(1) disclosures.

### NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:        March 28, 2014

ROBERT C. CHAMBERS, CHIEF JUDGE